# Court of Appeals
# of the State of Georgia

ATLANTA, March 31, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1258. JULIANNA PIECHOCZEK v. TUDOR JONES.

Julianna Piechoczek and Tudor Jones are the parents of two minor children. After Piechoczek filed a petition for paternity and child support, Jones filed an answer and counterclaimed for custody. On August 11, 2025, the trial court entered a final order, awarding the parties joint legal custody with Jones having primary physical custody. On September 11, 2025, Piechoczek filed this direct appeal pro se from that ruling.[1] This Court, however, lacks jurisdiction.

Piechoczek's pro se notice of appeal is a legal nullity, as she was represented by counsel at the time it was filed. See *Romich v. All Secure, Inc.*, 361 Ga. App. 505, 505 (863 SE2d 179) (2021) ("A layperson does not have the right to represent herself and also be represented by an attorney. As a result, a party cannot attempt to represent herself by filing pro se pleadings, while at the same time she is represented by counsel of record.") (citation and quotation marks omitted); *In the Interest of N. C.*, 358 Ga. App. 379, 379 (855 SE2d 379) (2021) (dismissing a direct appeal in a child custody proceeding because the mother's pro se notice of appeal, filed while she was represented by counsel, was a nullity).

---

[1] In Case Number A26A1266, Piechoczek seeks to appeal the trial court's denial of her motion for new trial.

We therefore lack jurisdiction to consider this appeal, which is hereby DISMISSED. See *Romich*, 361 Ga. App. at 505; *In the Interest of N. C.*, 358 Ga. App. at 379.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/31/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*